UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK

NOV 21 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**COREY D. WARE**

INDICTMENT

NO. 3:23-cr-132-DJH

18 U.S.C. § 2113(a)
18 U.S.C. § 922(g)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461

The Grand Jury charges:

COUNT 1
(Bank Robbery)

On or about September 16, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **COREY D. WARE**, by force, violence, and intimidation, took from the person and presence of another, money belonging to and in the care, custody, control, management, and possession of First Financial Bank, located at 9306 Taylorsville Road, Jeffersontown, Kentucky, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC).

In violation of Title 18, United States Code, Section 2113(a).

The Grand Jury further charges:

COUNT 2
(Bank Robbery)

On or about September 16, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **COREY D. WARE**, by force, violence, and intimidation, took from the

person and presence of another, money belonging to and in the care, custody, control, management, and possession of WesBanco Bank, located at 3650 South Hurstbourne Parkway, Louisville, Kentucky, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC).

In violation of Title 18, United States Code, Section 2113(a).

The Grand Jury further charges:

COUNT 3
*(Bank Robbery)*

On or about September 22, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **COREY D. WARE**, by force, violence, and intimidation, took from the person and presence of another, money belonging to and in the care, custody, control, management, and possession of First Financial Bank, located at 6512 Bardstown Road, Louisville, Kentucky, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation (FDIC).

In violation of Title 18, United States Code, Section 2113(a).

The Grand Jury further charges:

COUNT 4
*(Firearm Carried in Relation to Crime of Violence—Bank Robbery)*

On or about September 22, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **COREY D. WARE**, knowingly used and carried a firearm during and in relation to a crime of violence, as set forth in Count 3 of this Indictment—Bank Robbery.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 5
*(Possession of a Firearm by a Prohibited Person)*

On or about September 22, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **COREY D. WARE**, knowingly possessed, in and affecting commerce, a firearm, that is, a Glock, model 43, 9-milimeter pistol, bearing serial number BDYK993; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about December 20, 2017, in Jefferson County Circuit Court, Jefferson County, Kentucky, in Case Number 17-CR-0658, **COREY D. WARE**, was convicted of Trafficking in a Controlled Substance, First Degree (three (3) Counts); Trafficking in a Controlled Substance, Second Degree; Trafficking in Marijuana with a Firearm; and Fleeing and Evading, First Degree (Motor Vehicle); each a felony.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Section 2113(a), as alleged in this Indictment, the defendant, **COREY D. WARE**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any and all property constituting, or derived from, proceeds defendant obtained, directly or indirectly, as a result of these offenses.

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1), 924(c)(1)(A) and 2113(a), as alleged in this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **COREY D. WARE**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses,

including, but not limited to: a Glock, model 43, 9-milimeter pistol, bearing serial number BDYK993 and ammunition.

A TRUE BILL.

*[signature]*

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:MAC:11/21/2023

UNITED STATES OF AMERICA v. **COREY D. WARE**

## P E N A L T I E S

| | |
|---|---|
| Counts 1-3: | NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count) |
| Count 4: | NL 5 yrs./NM life/$250,000/both/NM 5 yrs. Supervised Release (consecutive) |
| Count 5: | NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Forfeiture | |

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

    Misdemeanor: $ 25 per count/individual      Felony: $100 per count/individual
               $125 per count/other                      $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>**:

    1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

        <u>For offenses occurring after December 12, 1987</u>:

        No **INTEREST** will accrue on fines under $2,500.00.

        **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

        **PENALTIES** of:

        10% of fine balance if payment more than 30 days late.

        15% of fine balance if payment more than 90 days late.

    2.      Recordation of a **LIEN** shall have the same force and effect as a tax lien.

    3.      Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

        If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:
Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:
Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:
Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:
Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.